TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00464-CR

Felix Salinas, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF KARNES COUNTY, 218TH JUDICIAL DISTRICT

NO. 94-06-00050-CRK, HONORABLE OLIN B. STRAUSS, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to an indictment accusing him of burglary of a building. After
finding that the evidence substantiated appellant's guilt, the district court deferred further proceedings and
placed him on community supervision. Later, the court revoked supervision on the State's motion,
adjudicated appellant guilty, and assessed punishment at imprisonment for twenty years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

Before Justices Powers, Aboussie and B. A. Smith

Affirmed

Filed: March 12, 1998

Do Not Publish